In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00127-CV

_____

IN THE INTEREST OF THADDEUS DENZELL WILLIAMS

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-231,595**

## MEMORANDUM OPINION

Thaddeus Denzell Williams, Appellant, filed a notice of appeal with the trial court on April 4, 2018. Despite written notices from this Court and an opportunity to cure, Appellant has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. We notified the parties that the appeal would be dismissed unless the filing fee was paid. Appellant did not respond to the Court's notices.

Appellant did not file a statement of inability to pay costs and has not shown that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1.

1

Furthermore, Appellant failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See* Tex. R. App. P. 42.3(c). There being no satisfactory explanation for the failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on June 13, 2018
Opinion Delivered June 14, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.

2